**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-26077-JB/Hernandez**

JAMES FISHBACK,

Plaintiff,

v.

ANTHONY RODRIGUEZ, in his individual capacity and official capacity as Chairman of the Miami-Dade County Commission,

Defendants.
_______________________________/

**DEFENDANTS' MOTION TO BRING**
**ELECTRONIC EQUIPMENT INTO THE COURTROOM**

Defendants, Anthony Rodriguez, in his individual capacity and official capacity as Chairman of the Miami-Dade County Commission, and Miami-Dade County ("Defendants"), respectfully move this Court for entry of an order allowing the defense litigation team to bring electronic equipment into the James Lawrence King Federal Justice Building, 99 NE Fourth Street, 11th Floor, Miami, Florida 33132 (Courtroom 11-3), for use at the evidentiary hearing scheduled for November 18, 2026. In support of this motion, Defendants state as follows:

1. This case is set for an evidentiary hearing on November 18, 2026, at 10:00 am., [ECF No. 29].

2. Defendants seeks permission to use electronic equipment to facilitate their presentation of evidence during the hearing which will include video.

3. The defense team consists of the following individuals, and the equipment they seek to bring to court is identified below:

| NAME | ROLE | ELECTRONIC EQUIPMENT |
|---|---|---|
| Jennifer L. Hochstadt | Counsel for Defendants | 1 cellular device; 1 laptop and accompanying cables, chargers, and cords. |
| Fabiana Cohen | Counsel for Defendants | 1 cellular device; 1 laptop, and accompanying cables, chargers, and cords. |
| Michael Munoz | Counsel for Defendants | 1 cellular device; 1 laptop, and accompanying cables, chargers, and cords. |
| LaGarria Richardson | Paralegal, Litigation Support for Defendants | 1 cellular device; 1 laptop , and accompanying cables, chargers, and cords. |

**WHEREFORE**, Defendants respectfully request that this Court allow their defense team to bring the specified electronic equipment into the courtroom for the evidentiary hearing scheduled for November 18, 2026.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), defense counsel conferred with Plaintiff's counsel regarding the relief requested sought herein and Plaintiff's counsel does not oppose this motion.

Dated: November 13, 2026

Respectfully submitted,

**GERALDINE BONZON-KEENAN**
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, FL 33128
Telephone: (305) 375-5151
Facsimile: (305) 375-5611

By: /s/ Jennifer L. Hochstadt
Jennifer L. Hochstadt
Florida Bar No. 56035
Fabiana Cohen
Florida Bar No. 119732
Assistant County Attorneys
E-mail: Jennifer.Azar@miamidade.gov:
E-mail: cohenf@miamidade.gov
*Counsel for Defendants*